IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA JOHN MARANEY,<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA,<br><br>Defendant. | 2:26-CV-00355-CCW-MPK |

**ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 2, 2026, the Magistrate Judge issued a Report (the "R&R"), ECF No. 15, recommending that the Amended Complaint, ECF No. 12, be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous. The R&R further recommended that dismissal be with prejudice with respect to Plaintiff Joshua Maraney, but without prejudice to non-party Andrew James McClelland proceeding in his own right at a new cause of action, if he wishes to do so. *See* ECF No. 15. Service of the R&R was made on the parties, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R and the objections thereto, IT IS HEREBY ORDERED that the Amended Complaint is DISMISSED and the R&R, ECF No. 15, is ADOPTED as the Opinion of the Court.

DATED this 28th day of October, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

Joshua John Maraney
1122255
Greene County Jail
855 Rolling Meadows Road
Waynesburg, PA 15370